UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER BIOMET HOLDINGS, INC., f/k/a ZIMMER HOLDINGS, INC.; ZIMMER BIOMET, INC., f/k/a ZIMMER, INC.; ZIMMER BIOMET U.S., INC., and DOES 1 to 20,<br><br>　　　　Defendants. | 1:21-CV-00988-AWI-BAK (SKO)<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINES SET FORTH IN SCHEDULING ORDER** |

At issue is the Parties' Stipulation and Joint Motion to Extend Deadlines Set Forth in Scheduling Order (First Request) [Doc. 18]. Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Parties' Stipulation and Joint Motion to Extend Deadlines Set Forth in Scheduling Order (First Request) [Doc. 18] and extending the following deadlines:

- Discovery Deadlines
  Non-Expert: 7/6/2022
  Expert: 11/7/2022

- Non-Dispositive Motion Deadlines
  Filing: 11/21/2022
  Hearing: 12/19/2022
- Dispositive Motion Deadlines
  Filing: 12/21/2022
  Hearing: 2/6/2023

- Pre-Trial Conference
  March 30, 2023 at 10:00 a.m.
  Courtroom 2

- Trial
  May 23, 2023 at 8:30 a.m.
  Courtroom 2
  Jury trial: 5 days

All other aspects of the Court's September 20, 2021 Scheduling Order [Doc. 10] remain in effect.

IT IS SO ORDERED.

Dated:  **April 14, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE