UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER BIOMET HOLDINGS, INC., f/k/a ZIMMER HOLDINGS, INC.; ZIMMER BIOMET, INC., f/k/a ZIMMER, INC.; ZIMMER BIOMET U.S., INC., and DOES 1 to 20,<br><br>Defendants. | 1:21-CV-00988-AWI-BAK (SKO)<br><br>**(PROPOSED) ORDER GRANTING STIPULATION AND JOINT MOTION TO AMEND SECOND AMENDED SCHEDULING ORDER** |

At issue is the Parties' Stipulation and Joint Motion to Amend Second Amended Scheduling Order (Third Request) [Doc. 30]. Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Parties' Stipulation and Joint Motion to Extend Deadlines Set Forth in Amended Scheduling Order (Second Request) [Doc. 26] and extending the following deadlines:

- Discovery Deadlines
  - Non-Expert: 10/6/2022
  - Expert: 2/7/2023

- Non-Dispositive Motion Deadlines
  - Filing: 2/21/2023
  - Hearing: 3/28/2023

- Dispositive Motion Deadlines
  - Filing: 3/22/2023
  - Hearing: 5/8/2023

- Pre-Trial Conference
  June 29, 2023 at 10:00 a.m.
  Courtroom 2
- Trial
  August 22, 2023 at 8:30 a.m.
  Courtroom 2
  Jury trial: 5 days

The parties are directed to disclose all expert witnesses, in writing, on or before **December 7, 2022**, and to disclose all rebuttal experts on or before **January 9, 2023**.

All other aspects of the Court's September 20, 2021 Scheduling Order [Doc. 10] remain in effect.

IT IS SO ORDERED.

Dated:   **June 22, 2022**                                       /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

- 2 -