

# United States District Court
# Eastern District of California

| LATONIA CRAWFORD | Case Number: 1:21-CV-00988-AWI-BAK (SKO) |

Plaintiff(s)

V.

| ZIMMER, INC., et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lora L. LoCoco hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Zimmer Biomet Holdings, Inc.; Zimmer, Inc.; and Zimmer US, Inc.

On 05/23/2011 (date), I was admitted to practice and presently in good standing in the State of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/26/2022           Signature of Applicant: /s/ Lora L. LoCoco

**Pro Hac Vice Attorney**

Applicant's Name: Lora L. LoCoco
Law Firm Name: Quarles & Brady LLP
Address: 411 East Wisconsin Avenue, Suite 2400

City: Milwaukee    State: WI    Zip: 53202
Phone Number w/Area Code: 414-277-5212
City and State of Residence: Elm Grove, Wisconsin
Primary E-mail Address: Lora.LoCoco@quarles.com
Secondary E-mail Address: julie.gandee@quarles.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ryan P. Ruggerello
Law Firm Name: Ruggerello Law Group L.L.P.
Address: 19800 MacArthur Blvd., Suite 650

City: Irvine    State: CA    Zip: 92612
Phone Number w/Area Code: 949-293-7689    Bar #: 216633

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/28/2022        *Sheila K. Oberto*
                        JUDGE, U.S. DISTRICT COURT