UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA CRAWFORD,<br><br>               Plaintiff,<br><br>    v.<br><br>ZIMMER BIOMET HOLDINGS, INC., *et al*.<br><br>               Defendants. | 1:21-CV-00988-AWI-CDB<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO AMEND THIRD AMENDED SCHEDULING ORDER AS MODIFIED**<br><br>(ECF No. 44) |

On October 5, 2022, the parties filed a Joint Motion to Amend Third Amended Scheduling Order. (ECF No. 44). The parties represent in the Motion that the proposed amendments to the schedule would give both parties time to finalize the scope of potentially viable claims, take critical witness depositions, conduct additional written discovery, and obtain expert opinions. *Id*. Separately, Defendants have filed two motions to dismiss (ECF Nos. 34 & 36) that remain pending and under submission by the District Judge as of September 7, 2022. The Court finds good cause exists to grant the parties' Joint Motion, with the modification that trial will commence as indicated below on November 28, 2023 (not November 27, 2023, as proposed by the parties).

Accordingly, pursuant to the parties' Joint Motion, IT IS HEREBY ORDERED:
The following deadlines shall be extended:

- Discovery Deadlines
    Non-Expert: January 6, 2023
    Expert: May 8, 2023

- Non-Dispositive Motion Deadlines
    Filing: May 22, 2023
    Hearing: June 23, 2023

- Dispositive Motion Deadlines
    Filing: June 23, 2023
    Hearing: July 7, 2023

- Pre-Trial Conference
    September 28, 2023 at 10:00 a.m.
    Courtroom 2
- Trial
    November 28, 2023 at 8:30 a.m.
    Courtroom 2
    Jury trial: 5 days

And it is further ORDERED the parties are directed to disclose all expert witnesses, in writing, on or before **March 7, 2023**, and to disclose all rebuttal experts on or before **April 7, 2023**, and it is further

ORDERED all other aspects of the Court's September 20, 2021, Scheduling Order (ECF No. 10) not otherwise inconsistent with this Order shall remain in effect.

IT IS SO ORDERED.

Dated: **October 17, 2022**

UNITED STATES MAGISTRATE JUDGE