|     |     |
| --- | --- |
| LATONIA CRAWFORD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER BIOMET HOLDINGS, INC., *et al*.<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00988-AWI-CDB<br><br>ORDER GRANTING WITHDRAWAL OF RYAN P. RUGGERELLO AND KRISTAN L. RUGGERELLO AS ATTORNEYS FOR DEFENDANTS AND DIRECTING THE CLERK OF COURT TO TERMINATE AS ATTORNEYS OF RECORD<br><br>(ECF No. 55) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　On June 16, 2021, Defendants Zimmer Biomet Holdings, Inc., Zimmer Biomet, Inc., and Zimmer Biomet U.S., Inc. ("Defendants"), removed this action filed by Latonia Crawford ("Plaintiff") from Kern County Superior Court.  (ECF No. 1).

　　　On August 1, 2022, attorneys Ryan P. Ruggerello and Kristan L. Ruggerello entered notices of appearance on behalf of Defendants.  (ECF Nos. 35, 37).  On December 29, 2022, attorneys Tarifa Belle Laddon and David Paul Koller from the law firm Faegre Drinker Biddle & Reath LLP also entered notice of appearances on behalf of Defendants.  (ECF Nos. 47-48).

　　　On January 9, 2023, attorneys Ryan P. Ruggerello and Kristan L. Ruggerello filed a motion to withdraw as attorneys of record, noting that attorneys Laddon and Koller would continue to represent defendants.

1 | Accordingly, based on the motion, the record herein, and for good cause shown, it is
2 | HEREBY ORDERED that the motion is GRANTED.
3 | It is FURTHER ORDERED that the Clerk of the Court shall terminate Ryan P.
4 | Ruggerello and Kristan L. Ruggerello as attorneys for Defendants.
5 | IT IS SO ORDERED.

Dated: **January 10, 2023**

UNITED STATES MAGISTRATE JUDGE