UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA CRAWFORD,<br><br>               Plaintiff,<br><br>    v.<br><br>ZIMMER BIOMET HOLDINGS, INC., *et al*.<br><br>               Defendants. | Case No. 1:21-cv-00988-AWI-CDB<br><br>ORDER GRANTING WITHDRAWAL OF AMY ROBYN LEVINE AS ATTORNEY FOR DEFENDANTS AND DIRECTING THE CLERK OF COURT TO TERMINATE AS ATTORNEY OF RECORD<br><br>(ECF No. 57) |

      On June 16, 2021, Defendants Zimmer Biomet Holdings, Inc., Zimmer Biomet, Inc., and Zimmer Biomet U.S., Inc. ("Defendants"), removed this action filed by Latonia Crawford ("Plaintiff") from Kern County Superior Court. (ECF No. 1). Counsel Amy Levine, an attorney from the law firm Quarles & Brady LLP, filed the notice of removal to this Court. *Id*. at 3. On December 29, 2022, attorneys Tarifa Belle Laddon and David Paul Koller from the law firm Faegre Drinker Biddle & Reath LLP entered notices of appearance on behalf of Defendants. (ECF Nos. 47-48).

      On February 3, 2023, Defendants filed a motion to withdraw counsel Amy Levine, noting that attorneys Laddon and Koller would continue to represent Defendants in this action. (ECF No. 57).

1    Accordingly, based on the motion, the record herein, and for good cause shown, it is
2 HEREBY ORDERED that the motion is GRANTED.
3    It is FURTHER ORDERED that the Clerk of the Court shall terminate Amy Robyn
4 Levine as an attorney for Defendants.
5 IT IS SO ORDERED.
6    Dated:   **February 6, 2023**                                     _____
7                                                                                              UNITED STATES MAGISTRATE JUDGE