UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA CRAWFORD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ZIMMER BIOMET HOLDINGS, INC. *et al*.<br><br>　　　　　Defendants. | Case No. 1:21-cv-00988-JLT-CDB<br><br>ORDER ON PARTIES' JOINT NOTICE OF SETTLEMENT<br><br>(Doc. 65)<br><br><u>30-DAY DEADLINE</u> |

　　　On August 22, 2023, the parties filed a joint notice of settlement. (Doc. 65). The parties note they have reached a settlement in principle and request that all deadlines be stayed by approximately 90 days to permit them time to finalize the settlement agreement. *Id*. at 2.

　　　Pursuant to Local Rule 160(b), "[u]pon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." The Court may, on good cause shown, extend the time for filing the dispositional papers. *Id*.

　　　Here, there is insufficient information in the parties' notice to permit the Court to find good cause for the requested 90-day stay.

1

Accordingly, in light of the parties' notice, and good cause appearing, IT IS HEREBY ORDERED:

1. The parties are directed to file dispositional documents <u>within 30 days</u> of the date of this order; and

2. If the parties seek additional time within which to file dispositional documents, they shall file a stipulation and provide good cause for why an extension beyond 30 days is necessary. Absent extraordinary circumstances, the Court disfavors retaining jurisdiction over the terms of or performance under the parties' settlement agreement.

IT IS SO ORDERED.

Dated: __**August 28, 2023**__        _____
                                UNITED STATES MAGISTRATE JUDGE